USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2021

# OSBORN LAW P.C.

| | | |
|---|---|---|
| Daniel A. Osborn, Esq. | 43 West 43rd Street, Suite 131 | Email: info@osbornlawpc.com |
| Lindsay M. Trust, Esq. | New York, New York 10036 | www.osbornlawpc.com |
| | Phone: 212-725-9800 | |
| | Facsimile: 212-500-5115 | |

September 20, 2021

**VIA ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:   *Castro v. Commissioner of Social Security,*
                   Civil Action No. 1:21-cv-00456-MKV-RWL

Dear Judge Lehrburger,

    We write on behalf of plaintiff, Yvonne Castro, and with the consent of the defendant, to request a 30-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on September 21, 2021. Plaintiff respectfully requests an extension of time up to and including October 9, 2021. This is plaintiff's first request for an extension.

    Subject to the approval of the Court, the parties propose the following revised briefing schedule to the Court's January 21, 2021 Scheduling Order:

    a. By **September 30, 2021**, the Parties shall either: (a) electronically file a stipulation dismissing, remanding, or otherwise resolving the case; or (b) electronically file a joint letter advising the Court that the parties have complied with the requirements of paragraph a and b of the June 30, 2021 Scheduling Order but were unable to resolve the case and are proceeding to brief their respective positions;

Honorable Robert W. Lehrburger
September 20, 2021
Page 2

      b. If the Parties have not agreed to dismiss, remand or otherwise resolve the case, Plaintiff to serve her motion for judgment on the pleadings on or before **October 21, 2021**;

      c. Defendant to serve its response/cross-motion on or before **December 20, 2021**; and

      d. Plaintiff to serve her reply (if any) on or before **January 10, 2022**.

Thank you for your consideration of this request.

      Respectfully submitted,

      s/Daniel A. Osborn
      Daniel A. Osborn
      OSBORN LAW, P.C.
      43 West 43rd Street, Suite 131
      New York, New York 10036
      Telephone:  212-725-9800
      Facsimile:  212-500-5115
      dosborn@osbornlawpc.com

cc: Joseph Pantoja, Esq. (by ECF)

SO ORDERED:
9/20/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE